UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH F. DEYO, JR. and
MARLENE DEYO

V.                                   CASE NO. 3:02CV00085(AVC)

INTERNAL REVENUE SERVICE
and TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants, having file a motion to dismiss and the Court, having considered the full record of the case, including applicable principles of law, on August 2, 2004 filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' complaint.

Dated at Hartford, Connecticut, this 3rd day of August, 2004.

KEVIN F. ROWE, Clerk

By:  /s/ JW
Jo-Ann Walker
Deputy Clerk

EOD: _____