FORM 1

$255 pd.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP 28  A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

Kenneth F. Deyo Jr. and
Marlene Deyo

v.   CIVIL CASE NO. 3:02CV00085(AVC)

Internal Revenue Service and
Treasury Inspector General for Tax
Administration

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Kenneth F. Deyo Jr.__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

Judgment granting motion to dismiss, dated August 3, 2004.

2. The Judgment /Order in this action was entered on  August 3, 2004 .
(date)

_[signature]_
Signature

Kenneth F. Deyo Jr.
**Print Name**

29 Longmeadow Drive

Wolcott, CT 06716
**Address**

Date: 9-27-2004

203-879-7174
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -3 A 9: 28

KENNETH F. DEYO, JR. and
MARLENE DEYO

V.                                     CASE NO. 3:02CV00085(AVC)

INTERNAL REVENUE SERVICE
and TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants, having file a motion to dismiss and the Court, having considered the full record of the case, including applicable principles of law, on August 2, 2004 filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' complaint.

Dated at Hartford, Connecticut, this 3rd day of August, 2004.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk

EOD: 8/3/04