# UNITED STATES COURT OF APPEALS

### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

**Thomas  Asreen**
**ACTING CLERK**



Date:
Docket Number:    04-5287-cv
Short Title:     Deyo v. IRS
DC Docket Number: 02-cv-85
DC:            CONNECTICUT (NEW HAVEN)
DC Judge:      Honorable Alfred Covello

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the sixth     day of February two thousand and seven.

Present:

Hon. José A. Cabranes,

Hon. Reena Raggi,

                CIRCUIT JUDGES,

Hon. Leonard B. Sand,

         DISTRICT JUDGE,  *

* The Honorable  Leonard B. Sand, United States District Judge for the Southern District of New York, sitting by designation.

Kenneth F. Deyo Jr.,  Marlene A. Deyo,

    Plaintiff-Appellant,

                v.

IRS,  Office of Treasury Inspector General For Tax Adm,

    Defendant-Appellee.

A  petition  for panel  rehearing  having  been  filed  herein  by KENNETH F. DEYO, JR., AND

MARLENE A. DEYO,

Upon  consideration  thereof, it is

Ordered  that  said petition  be  and it hereby is  **DENIED**.

For the Court,

Thomas  Asreen, Acting Clerk

By: _____

Motion Staff Attorney